■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW LYONS, Appellant. [837 NYS2d 587]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 11, 2005 (*People v Lyons*, 22 AD3d 606 [2005]), affirming a judgment of the County Court, Westchester County, rendered January 27, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Miller, J.P., Crane, Spolzino and Ritter, JJ., concur.